UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Gary Lee Craig  Docket No. 7:18-CR-141-1FL

**Petition for Action on Probation**

COMES NOW Kristyn Super, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Gary Lee Craig, who, upon an earlier plea of guilty to FECA Fraud, in violation of 18 U.S.C. § 1920, was sentenced by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, on March 28, 2019, to 12 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On March 28, 2019, at the time of sentencing, it was ordered that the defendant cooperate in the collection of DNA as directed by the probation officer. This officer has spoken with defense counsel and the Special Assistant US Attorney regarding this condition and it appears that this was included in the judgment in error. Given that this offense is a misdemeanor, it appears that he should not be required to submit his DNA.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified and the condition ordering that the defendant cooperate in the collection of DNA be removed.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Kristyn Super
Kristyn Super
U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: 910-346-5104
Executed On: April 12, 2019

**ORDER OF THE COURT**

Considered and ordered this __15__ day of __April__, 2019, and ordered filed and made a part of the records in the above case.

_____
Robert B. Jones, Jr.
U.S. Magistrate Judge